

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2015

No. 04-14-00887-CR

Ricky Allenwentzel **CALBAT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR14-049
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

On August 13, 2015, this court abated this appeal to allow the trial court to conduct a sentencing hearing with appellant present in the courtroom. In accordance with our order, supplemental clerk's and reporter's records were filed after the trial court conducted the new sentencing hearing, and on September 28, 2015, this court reinstated this appeal on our docket. Because this court was uncertain whether appellant would want to amend his brief to address the new sentencing hearing, our order set a new deadline for the appellant to file his brief.

On October 14, 2015, appellant's attorney filed a letter stating appellant intended to rely on the brief previously filed. It is therefore ORDERED that the State's brief must be filed no later than thirty days from the date of this order.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court